JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN DE TERESA and ANA ALICIA AGUILAR DE TERESA, <br><br> Plaintiffs, <br><br> vs. <br><br> MATTHEW R. JENNINGS; ROCKWALL HOLDINGS, INC. f/k/a WESTMOORE HOLDINGS, INC., WESTMOORE CAPITAL GROUP, LLC.; WESTMOORE MANAGEMENT LLC; WESTMOORE LENDING OPPORTUNITY FUND LLC; and WESTMOORE SECURITIES, INC. and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. SACV 10-01830 AG (MLGx) <br><br><br> **JUDGMENT** <br><br><br><br><br><br> **Trial date: July 17, 2012** <br> **Complaint filed: December 1, 2010** |

1

On this date, June 25, 2012, Plaintiffs Joaquin de Teresa and Ana Alicia Aguilar de Teresa (together, "Plaintiffs") and Defendant Matthew R. Jennings announced that all matters in controversy between them had been fully resolved by settlement, and that as part of said settlement Jennings had agreed that this Judgment be entered against him.

Defendant Matthew R. Jennings agrees to have a Judgment entered against him in this case based upon claims made by Plaintiffs Joaquin De Teresa and Ana Alicia Aguilar De Teresa filed on December 1, 2010.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs Joaquin De Teresa and Ana Alicia Aguilar De Teresa have and recover from Defendant Matthew R. Jennings the sum of **FOUR MILLION ONE HUNDRED NINETY TWO THOUSAND SIX HUNDRED AND TEN Dollars ($4,192,610.00).**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs Joaquin De Teresa and Ana Alicia Aguilar De Teresa have and recover from Defendant Matthew R. Jennings post-judgment interest as allowed by law from the date this Judgment is rendered until the Judgment is satisfied.

Plaintiffs Joaquin De Teresa and Ana Alicia Aguilar De Teresa shall be entitled to all writs, execution and processes allowed by law in order to recover and collect all sums awarded to Plaintiffs pursuant to this Judgment.  This Judgment finally disposes of all parties and claims.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any relief requested but not granted herein is DENIED.

SIGNED this 31st day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE